IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD RICHARD CHAZEN,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

Case No.  17-cv-447-jdp

---

Petitioner Todd Richard Chazen seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 30, 2017.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 2, 2016 through the date of the petition, June 2, 2017.

ORDER

IT IS ORDERED that:

    1.    Petitioner Todd Richard Chazen may have until June 30, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 30, 2017, I will assume that petitioner wishes to withdraw this petition.


Entered this 8th day of June, 2017.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge